UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE LOPEZ, | Case No. 2:20-cv-01496-RFB-VCF |
| Petitioner, | **ORDER** |
| v. | |
| CALVIN JOHNSON, et al., | |
| Respondents. | |

This is a habeas corpus action under 28 U.S.C. § 2254. Petitioner has filed an application to proceed in forma pauperis. ECF No. 6. The court finds that petitioner is able to pay the full filing fee $5.00.

IT THEREFORE IS ORDERED that the application to proceed in forma pauperis (ECF No. 6) is **DENIED**. Petitioner will have 45 days from the date that this order is entered to have the filing fee of $5.00 sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

///

///

///

///

///

1

IT FURTHER IS ORDERED that the clerk of the court send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: September 3, 2020

_____
RICHARD F. BOULWARE, II
United States District Judge