**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE LOPEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　　Respondents. | Case No. 2:20-cv-01496-RFB-VCF<br><br>**<u>ORDER</u>** |

　　　Petitioner having filed an unopposed motion to extend time to file amended petition (first request) (ECF No. 20), and good cause appearing;

　　　IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend time to file amended petition (first request) (ECF No. 20) is **GRANTED**. Petitioner will have up to and including May 26, 2022, to file an amended petition for a writ of habeas corpus.

　　　DATED: February 28, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1