UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE LOPEZ,<br><br>　　　　Petitioner,<br><br>v.<br><br>CALVIN JOHNSON, et al.,<br><br>　　　　Respondents. | Case No. 2:20-cv-01496-RFB-VCF<br><br>**ORDER** |

　　Petitioner having filed an unopposed motion to extend time to file an amended petition (third request) (ECF No. 25), and good cause appearing;

　　IT IS THEREFORE ORDERED that Petitioner's unopposed motion to extend time to file an amended petition (third request) (ECF No. 25) is **GRANTED**. Petitioner will have up to and including October 24, 2022, to file his amended petition under 28 U.S.C. § 2254.

　　Dated: August 24, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT