Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Laura Barrera
Assistant Federal Public Defender
Michigan State Bar No. P80957
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Laura_Barrera@fd.org

*Attorney for Petitioner George Lopez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| George Lopez,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Calvin Johnson, *et al.*,<br><br>　　　　Respondents. | Case No. 2:20-cv-01496-RFB-VCF<br><br>**Unopposed Motion to Extend Time to File Amended Petition**<br><br>**(Fourth request)** |

Petitioner George Lopez respectfully moves for an extension of 91 days to file his amended petition under 28 U.S.C. § 2254, up to and including January 23, 2023. The amended petition is currently due on October 24, 2022.[1] Respondents, by Deputy Attorney General Gerri Hardcastle, do not object to this request for an extension. Respondents' lack of objection to this request should not be construed as a waiver of any procedural defense or argument. This is Lopez's fourth request for an extension.

Lopez filed his *pro se* petition in this Court on August 12, 2020.[2] The Court ordered Lopez to show cause why the petition should not be dismissed as untimely.[3] Lopez responded,[4] and the Court found Lopez had "demonstrated both an extraordinary circumstance and diligence," warranting equitable tolling.[5] The Court also appointed the Federal Public Defender's Office to represent Lopez and file a counseled amended petition.[6] The Federal Public Defender's Office appeared for Lopez on October 15, 2021.[7] Undersigned counsel appeared for Lopez on September 13, 2022.[8]

Undersigned Counsel respectfully submits that additional time is necessary to properly prepare the amended petition. Undersigned counsel only appeared for Lopez a month ago and is currently in the process of scheduling a visit with Mr. Lopez and of obtaining an expert to evaluate Mr. Lopez.

---

[1] ECF No. 26.
[2] ECF No. 1-1.
[3] ECF No. 9.
[4] ECF No. 12.
[5] ECF No. 17.
[6] ECF No. 19.
[7] ECF No. 18.
[8] ECF No. 27.

This motion is not filed for the purposes of delay, but in the interests of justice and the interests of Mr. Lopez. Counsel respectfully asks this Court to grant Lopez's request to extend the time for filing his amended petition by 91 days until January 23, 2023.

Dated October 21, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Laura Barrera*
Laura Barrera
Assistant Federal Public Defender

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Court

DATED this 24th day of October, 2022.