# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GEORGE LOPEZ,

           Petitioner,

v.

CALVIN JOHNSON, et al.,

           Respondents.

Case No. 2:20-cv-01496-RFB-VCF

**ORDER**

Petitioner having filed an unopposed motion to extend time to file an amended petition (fifth request) (ECF No. 30), and good cause appearing;

IT IS THEREFORE ORDERED that Petitioner's unopposed motion to extend time to file an amended petition (fifth request) (ECF No. 30) is **GRANTED**. Petitioner will have up to and including April 24, 2023, to file his amended petition under 28 U.S.C. § 2254.

Dated: January 23, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT